IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH SEBASTIAN HANSON,                     No. 3:15-cv-01974-JE

             Plaintiff,

     v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,              ORDER

             Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation (#18) on May 2, 2017, in which he recommends that this Court affirm the decision of the Commissioner to deny Plaintiff's applications for disability insurance benefits and supplemental security income. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [18]. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.


MARCO A. HERNANDEZ
United States District Judge